EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re: <br><br> Osvaldo Ortiz Medina | 2017 TSPR 13 <br><br> 197 DPR ____ |

Número del Caso: AB-2002-232

Fecha: 27 de enero de 2017

Abogado de la parte promovida:

     Por derecho propio

Oficina de la Procuradora General:

     Lcda. Karla Pacheco Álvarez
     Subprocuradora General

     Lcda. Minnie H. Rodríguez López
     Procuradora General Auxiliar

Materia: Conducta Profesional – La suspensión de la notaría será efectiva el 8 de febrero de 2017, fecha en que se le notificó al abogado de su suspensión inmediata de la notaría.

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

*In re:*

Osvaldo Ortiz Medina                AB-2002-0232      Queja

RESOLUCIÓN

En San Juan, Puerto Rico, a 27 de enero de 2017.

Examinado el *Informe de la Procuradora General* y la *Contestación al Informe del Procurador*, se instruye al Procurador General a que presente la querella correspondiente.

Se ordena como medida cautelar la suspensión inmediata del Lcdo. Osvaldo Ortiz Medina del ejercicio de la notaría.

El Alguacil de este Tribunal deberá incautar la obra y el sello notarial del licenciado Ortiz Medina y entregarlos al Director de la Oficina de Inspección de Notarías para el examen e informe correspondiente a este Tribunal.

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo.

Juan Ernesto Dávila Rivera
Secretario del Tribunal Supremo